[No. 44817-0-I.   Division One.   July 17, 2000.]

BRENT BAUER, *Appellant*, v. HOWARD S. WRIGHT CONSTRUCTION COMPANY, *Defendant*, GOLDER ASSOCIATES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-09192-6, Richard D. Eadie, J., entered December 8, 1998 and June 8, 1999. *Reversed* by unpublished opinion per Grosse, J., concurred in by Webster and Ellington, JJ.

[No. 44715-7-I.   Division One.   July 17, 2000.]

TUYET BRAMLETT, *Appellant*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-11283-4, Robert H. Alsdorf, J., entered May 11, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Kennedy, JJ.

[No. 44749-1-I.   Division One.   July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JAY HAGEN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00176-4, Steven J. Mura, J., entered June 3, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44887-1-I.   Division One.   July 17, 2000.]

KING COUNTY, *Respondent*, v. JOHN DICKINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-01432-6, J. Kathleen Learned, J., entered June 11, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Kennedy, JJ.